**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Teresa MAYS, a/k/a Toreatha A. Beaty, Defendant—Appellant.**

No. 08–6737.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 27, 2008.

Teresa Mays, Appellant Pro Se. James Chris Leventis, Jr., Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Mays appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2000) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mays,* No. 0:97–cr–00105–CMC–1 (D.S.C. Apr. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*